Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,ACO,TransferredOutCase-DoNotDocket

**U.S. District Court**
**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:20-cv-00077-BMC**

Park et al v. Song et al
Assigned to: Judge Brian M. Cogan
Cause: 28:1441 Notice of Removal

Date Filed: 01/06/2020
Date Terminated: 02/21/2020
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Stephen Park**                                     represented by **Meyer Y. Silber**
The Silber Law Firm, LLC
11 Broadway
Suite 715
New York, NY 10004
212-765-4567
Fax: 212-504-8165
Email: msilber@silberlawny.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Goldman**
Samuel Goldman & Associates
200 Park Avenue
Suite 1700
New York, NY 10166
212-725-1400
Email: sg@sgalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Yang**                                     represented by **Meyer Y. Silber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Lee**                                        represented by **Meyer Y. Silber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Chang**                                    represented by **Meyer Y. Silber**
*all individually and on behalf of Korilla BBQ, LLC*        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Yu**                                         represented by **Meyer Y. Silber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Edward Song**

**Defendant**
**David Im**

**Defendant**
**Korilla East Village Truck, Inc.**

**Defendant**
**White Tiger Named Korilla, LLC**

**Defendant**
**Let Group, LLC,**

**Defendant**
**Aegis 233, LLC,**

**Defendant**
**Byung Keun Song**

**Defendant**
**Hardy Chung**

**Defendant**
**William Song**

**Defendant**
**Esther Choi**

**Defendant**
**Aegis 42, LLC**      represented by    **Lawrence F. Morrison**
Morrison Tenenbaum PLLC
87 Walker Street, Floor 2
New York, NY 10013
212-620-0938
Fax: 646-998-1972
Email: lmorrison@m-t-law.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**Grand Koast LLC**

**Defendant**
**Koast LLC**

**Defendant**
**Kommissary LLC**

**Defendant**
**3E LLC**

**Defendant**
**John Doe 1-10**

**Defendant**
**Korilla BBQ, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2020 | 1 | NOTICE OF REMOVAL by Aegis 42, LLC from New York Supreme Court- County of New York, case number 650186/2017. ( Filing fee $ 400 receipt number ANYEDC-12218980) (Attachments: # 1 Exhibit Summons with Notice, # 2 Exhibit Complaint, # 3 Exhibit Amended Complaint, # 4 Exhibit Suggestion of Bankruptcy) (Morrison, Lawrence) (Entered: 01/06/2020) |
| 01/06/2020 | 2 | Civil Cover Sheet.. by Aegis 42, LLC (Morrison, Lawrence) (Entered: 01/06/2020) |
| 01/06/2020 | | Case assigned to Judge Brian M. Cogan. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 01/10/2020) |
| 01/10/2020 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 01/10/2020) |
| 01/10/2020 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 01/10/2020) |
| 01/10/2020 | | ORDER TO SHOW CAUSE. Aegis 42 has removed this case to the wrong district. Section 1452 of Title 28 requires removal to the district where the state court action is pending. The state court action is pending in the New York County Supreme Court, which is within the Southern District of New York. The Court recognizes that the removal statute may be inefficient in this way, but the Court does not see how it can ignore the plain language of the statute. Aegis 42 is therefore ORDERED TO SHOW CAUSE by 1/17/20 why this case should not be remanded to the New York County Supreme Court or transferred to the Southern District of New York. Show Cause Response due by 1/17/2020.Ordered by Judge Brian M. Cogan on 1/10/2020. (Cogan, Brian) (Entered: 01/10/2020) |

| 01/10/2020 | 5 | Letter MOTION to Change Venue *Re Request for Referral to United States District Court Southern District of New York* by Aegis 42, LLC. (Morrison, Lawrence) (Entered: 01/10/2020) |
|---|---|---|
| 01/10/2020 | | ORDER deferring ruling on 5 . Aegis 42 is directed to contact all other parties to this action and attempt to agree upon a stipulation waiving the improper venue so that the case can remain in this district. If the Court transfers the case now to the Southern District of New York, it seems certain, based on the notice of removal, that Aegis 42 LLC will then ask the S.D.N.Y. to transfer it back here under 28 U.S.C. § 1404(a) or § 1412 so that it could be referred to the E.D.N.Y. Bankruptcy Court. Removal to the wrong venue is a waivable defect and the parties should attempt to work it out, without prejudice to plaintiffs' rights to oppose removal or referral to the E.D.N.Y. Bankruptcy Court. Ordered by Judge Brian M. Cogan on 1/10/2020. (Weisberg, Peggy) (Entered: 01/10/2020) |
| 02/04/2020 | 6 | STIPULATION *to Retain Venue* by Aegis 42, LLC (Morrison, Lawrence) (Entered: 02/04/2020) |
| 02/04/2020 | | ORDER denying as moot 5 Motion to Change Venue pursuant to stipulation 6 . Any party seeking to either (1) refer this action to the Bankruptcy Court; or (2) transfer this action to the SDNY as the most convenient venue shall file such motion by 2/11/20. Ordered by Judge Brian M. Cogan on 2/4/2020. (Cogan, Brian) (Entered: 02/04/2020) |
| 02/06/2020 | 7 | STIPULATION re 6 Stipulation *Corrected to Provide that Consent to Waive Venue Defect is also Without Prejudice to Plaintiff's right to seek Remand of Action to the State Court* by Aegis 42, LLC (Morrison, Lawrence) (Entered: 02/06/2020) |
| 02/06/2020 | 8 | First MOTION to Remand to State Court by Andrew Chang, Paul Lee, Stephen Park, Thomas Yang, Eric Yu. (Goldman, Samuel) (Entered: 02/06/2020) |
| 02/11/2020 | 9 | First MOTION to Refer/Remand to Bankruptcy Court by Aegis 42, LLC. (Morrison, Lawrence) (Entered: 02/11/2020) |
| 02/19/2020 | 10 | MEMORANDUM in Opposition *to motion of Defendant Aegis 42, LLC to refer this action to the United States Bankruptcy Court for the Eastern District* filed by All Plaintiffs. (Goldman, Samuel) (Entered: 02/19/2020) |
| 02/21/2020 | | ORDER denying 8 motion to remand to state court and granting 9 motion to refer the case to bankruptcy court. This Court's jurisdiction exists, at least, on the basis of plaintiff's asserted Lanham Act claim. See 15 U.S.C. § 1114; Parmalat Capital Fin. Ltd. v. Bank of Am. Corp., 639 F.3d 572, 579-80 (2d Cir. 2011). Because this case is at least related to defendants' Chapter 11 filings, the Court refers it to the bankruptcy court for further proceedings. Ordered by Judge Brian M. Cogan on 2/21/2020. (Weisberg, Peggy) (Entered: 02/21/2020) |
| 02/21/2020 | 11 | Notice of Civil Case Referral/Transfer to the U.S. Bankruptcy Court for the Eastern District of New York. (Marziliano, August) (Entered: 02/21/2020) |
| 02/25/2020 | 12 | Letter MOTION for Reconsideration *and reverse the Court's 2/21/2020 decision* by Andrew Chang, Paul Lee, Stephen Park, Thomas Yang, Eric Yu. (Clarke, Melonie) (Entered: 02/25/2020) |
| 03/10/2020 | 13 | MEMORANDUM DECISION AND ORDER dated 3/9/20 denying plaintiff's 12 Motion for Reconsideration. ( Ordered by Judge Brian M. Cogan on 3/9/2020 ) (Guzzi, Roseann) (Entered: 03/10/2020) |